# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

PHH Mortgage Corporation,
Federal National Mortgage Association,

Civil No. 17-5392 (DWF/FLN)

          Plaintiff,

v.

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Kimberly A. Lawrence, John Doe,
and Mary Roe,

          Defendants.

The above matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Franklin L. Noel dated June 29, 2018. (Doc. No. 21.) No objections have been filed to that Report and Recommendation in the time period permitted. The factual background for the above-entitled matter is clearly and precisely set forth in the Report and Recommendation and is incorporated by reference. Based upon the Report and Recommendation of the Magistrate Judge and upon all of the files, records, and proceedings herein, the Court now makes and enters the following:

## ORDER

1. Magistrate Judge Franklin L. Noel's June 29, 2018 Report and Recommendation (Doc. No. [21]) is **ADOPTED**.

2. Plaintiff's motion to remand (Doc. No. [10]) is **GRANTED**.

3. This action is remanded to the Fourth Judicial District of Hennepin County, Minnesota.

4. The Clerk of Court is **DIRECTED** to furnish a certified copy of this Order to the Fourth Judicial District of Hennepin County, Minnesota.

Dated: August 9, 2018          <u>s/Donovan W. Frank</u>
                               DONOVAN W. FRANK
                               United States District Judge